manded for further proceedings.

No. 10–1062. SACKETT ET VIR *v.* ENVIRONMENTAL PROTEC-
TION AGENCY ET AL. C. A. 9th Cir. Certiorari granted lim-
ited to the following questions: (1) May petitioners seek pre-
enforcement judicial review of the administrative compliance
order pursuant to the Administrative Procedure Act, 5 U. S. § 704?
(2) If not, does petitioners' inability to seek pre-enforcement judi-
cial review of the administrative compliance order violate their
rights under the Due Process Clause?

No. 10–8505. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Motion of
petitioner for leave to proceed *in forma pauperis* granted. Cer-
tiorari granted.

No. 09–10755. SMITH *v.* FLORIDA. Sup. Ct. Fla. Certiorari
denied.

No. 10–56. REINAUER TRANSPORTATION COS., LLC, ET AL. *v.*
BROWN. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari de-
nied.

No. 10–75. CONSOLIDATED RAIL CORPORATION *v.* BATTAGLIA.
Ct. App. Ohio, Lucas County. Certiorari denied.

No. 10–795. GREEN PARTY OF CONNECTICUT ET AL. *v.* LENGE
ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–966. CLEMENS *v.* MCNAMEE. C. A. 5th Cir. Certio-
rari denied.

No. 10–1004. PIRELLI PNEUS LTDA *v.* GUNN, INDIVIDUALLY
AND AS GUARDIAN OF GUNN, AN INCAPACITATED PERSON. Dist.
Ct. App. Fla., 2d Dist. Certiorari denied.